UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

GUADALUPE ADAMS,

    Plaintiff,

v.     Case No. 6:15-cv-3294

CV&P, LLC.

    Defendant

**ORDER**

Before the Court is the parties' Joint Stipulation of Full and Final Dismissal with Prejudice. (Doc. 23). The Court has reviewed the pleadings and based on the parties' stipulation and the record before the Court, the Court hereby **ORDERS** that:

1) The above-styled cause is hereby DISMISSED, in its entirety, with prejudice;

2) The parties bear their own respective attorneys' fees and costs; and

3) To the extent not otherwise disposed herein, all pending motions are hereby denied or moot and the case is closed.

**IT IS SO ORDERED.**

Dated: June 14, 2016

                                                /s/ Douglas Harpool
                                              Douglas Harpool
                                              UNITED STATES DISTRICT JUDGE